FILED

07/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0404

IN THE SUPREME COURT OF THE STATE OF MONTANA
CAUSE NO. DA 22-0404

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

TYLIN JAMES WEBER,

     Defendant and Appellant.

## ORDER

Upon consideration of Defendant and Appellee's motion to dismiss the above-entitled cause at Appellant's request, and good cause appearing,

IT IS HEREBY ORDERED that the above matter is hereby DISMISSED with prejudice.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 11 2023